IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 10 2021
JEFFREY P. COLWELL
CLERK

Civil Action No. ______________________
(To be supplied by the court)

Earl Crownhart, Plaintiff

v.

dunkin Donuts,

______________________,

______________________,

______________________, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Earl Crowuhart 9767 E. Colorado Ave #607 Aurora co, 80247
(Name and complete mailing address)

(970) 312-6544 crowuhart8@gmail.com
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: dunkin donuts. 2323 S Havana St Aurora co: 80247
(Name and complete mailing address)

(303) 695-0695 customer services@dunkin Brand com
(Telephone number and e-mail address if known)

Defendant 2: ______
(Name and complete mailing address)

______
(Telephone number and e-mail address if known)

Defendant 3: ______
(Name and complete mailing address)

______
(Telephone number and e-mail address if known)

Defendant 4: ______
(Name and complete mailing address)

______
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[X] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

United States v. Georga 546 U.S. 151 (2006)

dunkin donuts Discrimination of Empolyment

[ ] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

If Defendant 1 is an individual, Defendant 1 is a citizen of United States.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of United States (name of state or foreign nation).

Defendant 1 has its principal place of business in United States (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Dunkin donuts Discriminates OF Empolyment

Supporting facts:

2/1/2021 DUNKIN DONUTS Discriminated Against plaintiFF Earl Crownhart. Mr Earl Crownhart SUB mitted proFF OF Legal Documents such AS A social security card And photo ID AS DUNKIN DONUTS Told Mr Earl Crownhart To do. ON 2/4/2021. MR Earl Crownhart Call DUNKIN DONUTS And The genreal Manager told Mr Earl Crownhart that She Would Call Him ON Monday 2/8/2021. Mr crownhart And His WiFe Brittany went To DUNKIN DONUTS. SO She Could Turn in Her Application. DUNKIN DONUTS Told Brittany Crownhart That They Where Not Hireing. To The Basis OF This Claim OF Discrimation OF Empolyment see Crownhart v. McDONAlDS Corperation. Case NO. 20-1316. which Under line the Nature OF This Claim OF This Law Suit.

CLAIM TWO: ______________________________________________

Supporting facts:

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

For the court to hear my case. which Has reasonable grounds And violates such constitutiona Laws of Discrimination of Empolyment. Dunkin Donuts knowing wasted Time And ask for such legal Documents of proff to work in the united states. But Denyed a person the opportunity of a person to work.

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

[signature]
(Plaintiff's signature)

2/8/2021
(Date)

Earl Crownhart Apt # 607
9767 East Colorado Ave
Aurora Co, 80247




United States District court
901 - 19Th Street Room A - 105
Denver Co, 80294 - 3589

