IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00416-GPG

EARL CROWNHART,

      Plaintiff,

v.

DUNKIN DONUTS,

      Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff Earl Crownhart, a resident of Aurora, Colorado, has submitted to the Court *pro se* a Complaint (ECF No. 1).   Plaintiff has been permanently enjoined from filing any *pro se* civil actions in this Court without representation of an attorney licensed to practice in the State of Colorado unless he first obtains leave of this Court by a judicial officer to proceed *pro se* in the action.  *See Crownhart v. Suthers, et al.*, No. 13-cv-00959-LTB at ECF No. 5 (D. Colo. June 14, 2013).  Plaintiff is not represented by counsel in this action and he has not obtained permission to proceed *pro se.*  Therefore, the action will be dismissed because Plaintiff has failed to comply with the sanction order.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals

1

for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file *pro se* actions in this Court.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this __16th__ day of ___February___, 2021.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court